**IT IS SO ORDERED.**

**SIGNED THIS: October 16, 2017**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

In re:                                                                                    Case No.  17-90837

Timothy J. Beurskens,
Mindy L. Beurskens,
                      Debtors.

**ORDER GRANTING MOTION TO LIFT STAY**
**OF ALLY FINANCIAL**

      The Court has considered the record and determined that cause exists and that Ally Financial Inc. ("Ally Financial") is otherwise entitled to the relief requested in its Motion to Lift Stay.  Therefore,

      **IT IS ORDERED THAT** Ally Financial's request for relief from the automatic stay is granted, that Ally Financial may enforce its rights against the property described as:

            2016 Chevrolet Silverado, VIN: 1GC1KUE88GF136243

pursuant to the terms and conditions of its security instrument and applicable non-bankruptcy law, and that for such purpose the automatic stay of 11 U.S.C. §362 is terminated.

**IT IS FURTHER ORDERED** that the Trustee shall cease payments on the secured claim of Ally Financial after the effective date of this Order until such time as an amended claim has been filed and said claim shall be filed within six months from the entry of this Order.

**IT IS FURTHER ORDERED** that the fourteen day stay is waived pursuant to Rule 4001(a)(3), Fed.R.Bankr.P., and Ally Financial may immediately enforce and implement this Order.

###